316

454 P.2d 973

**Ray E. PIRCH, Petitioner,**

v.

**FIRESTONE TIRE & RUBBER CO.,**
a corporation, Respondent.

No. 8853.

Supreme Court of New Mexico.

June 4, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 285, 80 N.M. 323, 455 P.2d 189 be and the same is hereby returned to the Clerk of the Court of Appeals.

454 P.2d 973

**STATE of New Mexico, ex rel., Ricky DIMAS, Petitioner,**

v.

**The Honorable Richard A. STANLEY, Juvenile and District Judge of the District Court of Otero County, Third Judicial District, State of New Mexico, Respondent.**

No. 8858.

Supreme Court of New Mexico.

June 5, 1969.

NOBLE, Chief Justice, and MOISE, TACKETT and WATSON, Justices, concurring; COMPTON, Justice, being absent and not participating;

Ordered that petition for writ of prohibition be and the same is hereby denied.

454 P.2d 973

**Carlos ORTIZ and Diana Ortiz, Petitioners,**

v.

**The Honorable Joe ANGEL, District Judge of the Fourth Judicial District Court of New Mexico, Respondent.**

No. 8862.

Supreme Court of New Mexico.

June 10, 1969.

NOBLE, Chief Justice and MOISE, COMPTON, TACKETT, and WATSON, Justices, concurring;

Ordered that petition for writ of prohibition be and the same is hereby denied.

454 P.2d 973

**Noah Ensley DAVIS, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 8867.

Supreme Court of New Mexico.

June 13, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 285, 80 N.M. 347, 455 P.2d 851 be and the same is hereby returned to the Clerk of the Court of Appeals.